

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 Under the Pooling and Servicing Agreement Dated September 1, 2004 | Order Filed on September 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Avella, Francis D., aka Frank Avella | Case No:    15-25736 VFP<br><br>Chapter: 13<br><br>Hearing Date: September 7, 2017<br>Judge:  Vincent F. Papalia |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 13, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10 Under the Pooling and Servicing Agreement Dated September 1, 2004</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■   Real Property More Fully Described as:

   **Land and premises commonly known as Lot 2929a, 293a, 294a, Block 138,    4306 Newkirk Ave, North Bergen NJ 07047**

☐   Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-25736-VFP
Francis D Avella                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2017
                       Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db             +Francis D Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
      as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
      Pass-Through Certificates Series 2005-62 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
      The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of
      the Alternative Loan Trust 2005-62, Mortgage Pa bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
      IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
      Under the Pooling and Servicing Agreement Dated Se dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
      Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcy123@comcast.net,
      jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
      John M. Sommers    on behalf of Creditor    Amalgamated Bank JMSommers@KTLBSLAW.com,
      ktlbslaw@aol.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
      Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
      as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
      Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
                                                                                                                                                                     TOTAL: 9