Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–25736–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Francis D Avella
  aka Frank Avella
  4306 Newkirk Avenue
  North Bergen, NJ 07047

Social Security No.:
  xxx–xx–7255

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 11, 2017.

On 10/20/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                     December 7, 2017
Time:                      10:00 AM
Location:                 Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 23, 2017
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-25736-VFP
Francis D Avella                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin          Page 1 of 3          Date Rcvd: Oct 23, 2017
                            Form ID: 185          Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
```
db             +Francis D Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710
cr             #+Amalgamated Bank,    c/o Koury Tighe Lapres Bisulca & Sommers,    1423 Tilton Road, Suite 9,
                 Northfield, NJ  08225,    UNITED STATES 08225-1857
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
cr             +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
516876176      +Amalgamated Bank,    275 Seventh Avenue,    New York, NY 10001-6708,
                 Attn: Loan Servicing, 6th Fl.
516000485       Amalgamated Bank,    c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL  33631-3785
515696292      +BAC Home Loan,    PO Box 650070,    Dallas, TX 75265-0070
515696294      +BAC Home Loan Servicing,    PO Box 650070,    Dallas, TX 75265-0070
515696299       Bank of America,    475 Crosspoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
515696297       Bank of America,    PO Box 220411,    Greensboro, NC 27420
515696298      +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
515696296       Bank of America,    PO Box 53132,    Phoenix, AZ 85072-3132
515696301       Bank of America,    PO Box 53137,    Phoenix, AZ 85072-3137
515696302      +Buckley Madole P C  ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696303      +Buckley Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696304      +Buckley Madole PC ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696306      +Countrywide Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
515696305       Countrywide Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
515696307      +Countrywide Home Loans, Inc.,    PO Box 10221,    Van Nuys, CA 91410-0221
515696309      +Crown Bank,    273 Brick Boulevard,    Brick, NJ 08723-7167
515696308      +Crown Bank,    P0 Box 130,    Brick, NJ 08723-0130
515869808      +Deutsche Bank National Trust Co., Trustee(See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515696313      +Hehl and Hehl,    370 Chestnut Street,    Union, NJ 07083-9401
515696314      +Hehl and Hehl ESQ,    370 Chestnut Street,    Union, NJ 07083-9401
515696326      +Law Office of Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
515696327      +Mr. Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
515722074      +NJ Class,    PO Box 548,    Trenton NJ 08625-0548
515696329      +New Jersey HIgher Education,    PO Box 548,    Trenton, NJ 08625-0548
515696330      +New Jersey HIgher Education,    PO Box 540,    Trenton, NJ 08625-0540
515696331       New Jersey HIgher Education,    PO Box 528,    Trenton, NJ 08625
515696328      +New Jersey HIgher Education,    PO Box 18385,    Newark, NJ 07191-8385
515696341      +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
515696342      +SLS,    PO Box 636005,    Littleton, CO 80163-6005
515696340      +SLS,    PO Box 11023,    Orange, CA 92856-8123
515696348      +SPS,    10401 Deewood Parkway,    Jacksonville, FL 32256-5007
515696354      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,
                 50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
515696337       Select Portfolio Servicing,    338 S. Warminster Road,    One Conti Park, Suite 31,
                 Hatboro, PA 19040
515696343      +Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
515696345      +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
515696346      +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
515696352      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
515696350      +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
                 Trenton, NJ 08646-0269
515696358      +The Bank of New York,    PO Box 6042,    Mount Vernon, NY 10551-6042
515696356      +The Bank of New York,    502 White Clay Center,    Newark, DE 19711-5469
515696357       The Bank of New York,    PO Box 6968,    Newark, DE 19714
515696359      +The Bank of New York Mellon,    Attn: Frank Martone, ESQ,    1455 Broad Street,
                 Bloomfield, NJ 07003-3047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 23 2017 23:15:56    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 23 2017 23:15:52    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515696311      +E-mail/Text: bky@martonelaw.com Oct 23 2017 23:15:06    Frank Martone, ESQ,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
515696312      +E-mail/Text: bky@martonelaw.com Oct 23 2017 23:15:06    Frank Martone, ESQ PC,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
515696322       E-mail/Text: cio.bncmail@irs.gov Oct 23 2017 23:15:22    IRS,    ACS Support  - Stop 5050,
                 PO Box 219236,    Kansas City, MO 64121
515696349      +E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2017 23:16:53    SPS,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
515696334      +E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2017 23:16:53    Select Portfolio Services,
                 PO Box 65450,    Salt Lake City, UT 84165-0450
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Oct 23, 2017
                              Form ID: 185             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
515696339      +E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2017 23:16:53
                Select Portfolio Servicing,   PO Box 65450,   Salt Lake City, UT 84165-0450
516551505       E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2017 23:16:53
                The Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
515920612      +E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2017 23:16:53
                The Bank of New York Mellon,   c/o Select Portfolio Servicing, Inc.,
                3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
                                                                                         TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516876177*     +Amalgamated Bank,   275 Seventh Avenue,   New York, NY 10001-6708,
                Attn: Loan Servicing, 6th Fl.
515696293*     +BAC Home Loan,   PO Box 650070,   Dallas, TX 75265-0070
515696295*     +BAC Home Loan Servicing Inc.,   PO Box 650070,   Dallas, TX 75265-0070
515696310*     +Crown Bank LLC,   PO Box 130,   Brick, NJ 08723-0130
515696324*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  IRS,   PO Box 219236,   Kansas City, MO 64121)
515696316*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Atlanta, GA 39901-0025)
515696320*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Insolvency Operations,   PO Box 21125,
                Philadelphia, PA 19114)
515696321*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Insolvency Operations,   PO Box 21126,
                Philadelphia, PA 19114)
515696317*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 57,   Bensalem, PA 19020)
515696318*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 660169,   Dallas, TX 75266)
515696323*     +IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
515696325*      IRS Service Center,   Holtsville, NY 00501-0002
515696319*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
515696315*      Internal Revenue Service,   Special Procedures Function,   PO Box 744,   Springfield, NJ 07081
515696333*      New Jersey Higher Education,   PO Box 528,   Trenton, NJ 08625
515696332*      New Jersey Higher Education,   PO Box 18385,   Newark, NJ 07191-8385
515696351*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08646-0245)
515696355*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 267,
                Trenton, NJ 08695)
515696353*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Division of Taxation,   PO Box 283,
                Trenton, NJ 08695)
515696335*     +Select Portfolio Services Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
515696336*     +Select Portfolio Services LLC,   PO Box 65450,   Salt Lake City, UT 84165-0450
515696344*      Specialized Loan Servicing, LLC,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
515696347*      Specialized Loan Servicing, LLC,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
515696300     ##+Bank of America,   Attn: Recovery Department,   PO Box 2278,   Norfolk, VA 23501-2278
515696338     ##+Select Portfolio Servicing,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                              TOTALS: 0, * 23, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0312-2          User: admin            Page 3 of 3              Date Rcvd: Oct 23, 2017
                             Form ID: 185            Total Noticed: 56

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
           Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
            as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
            Pass-Through Certificates Series 2005-62 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
           Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
            The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of
            the Alternative Loan Trust 2005-62, Mortgage Pa bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
           Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
            IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
            Under the Pooling and Servicing Agreement Dated Se dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
           Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcyl23@comcast.net,
            jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
            mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
           John M. Sommers    on behalf of Creditor    Amalgamated Bank JMSommers@KTLBSLAW.com,
            ktlbslaw@aol.com
           Marie-Ann Greenberg    magecf@magtrustee.com
           Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
           Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
            as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
            Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
                                                                              TOTAL: 9