| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Herbert B. Raymond, Esq.<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: bankruptcy123@comcast.net<br>Herbert B. Raymond; Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | **Order Filed on January 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>FRANCIS AVELLA,<br><br>DEBTOR(S) | Case No.: 15-25736 (VFP)<br>Adv. No.:<br>Hearing Date:<br>Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: January 2, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Francis Avella,  Debtor(s)

Case no.:  15-25736 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$700.00** for services rendered and expenses in the amount **$0.00**  for a total of **$700.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____  outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.