Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.:  15−25736−VFP
                                                Chapter:  13
                                                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−7255

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 13, 2018
JAN: jf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 15-25736-VFP
Francis D Avella                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3           Date Rcvd: Jul 13, 2018
                            Form ID: 148             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
```
db         +Francis D Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710
cr         +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
cr         +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
             80 Main Street, Suite 460,    West Orange, NJ 07052-5414
516876176  +Amalgamated Bank,    275 Seventh Avenue,    New York, NY 10001-6708,
             Attn: Loan Servicing, 6th Fl.
515696297   Bank of America,    PO Box 220411,    Greensboro, NC 27420
515696302  +Buckley Madole P C  ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696303  +Buckley Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696304  +Buckley Madole PC ESQ,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
515696305   Countrywide Home Loans,    PO Box 660694,    Dallas, TX 75266-0694
515696307  +Countrywide Home Loans, Inc.,    PO Box 10221,    Van Nuys, CA 91410-0221
515696308  +Crown Bank,    P O Box 130,    Brick, NJ 08723-0130
515696309  +Crown Bank,    273 Brick Boulevard,    Brick, NJ 08723-7167
515869808  +Deutsche Bank National Trust Co., Trustee(See B10),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515696313  +Hehl and Hehl,    370 Chestnut Street,    Union, NJ 07083-9401
515696314  +Hehl and Hehl ESQ,    370 Chestnut Street,    Union, NJ 07083-9401
515696326  +Law Office of Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
515696327  +Mr. Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
517722074  +NJ Class,    PO Box 548,    Trenton NJ 08625-0548
515696329  +New Jersey HIgher Education,    PO Box 548,    Trenton, NJ 08625-0548
515696330  +New Jersey HIgher Education,    PO Box 540,    Trenton, NJ 08625-0540
515696331   New Jersey HIgher Education,    PO Box 528,    Trenton, NJ 08625
515696328   New Jersey Higher Education,    PO Box 18385,    Newark, NJ 07191-8385
515696341  +SLS,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
515696342  +SLS,    PO Box 636005,    Littleton, CO 80163-6005
515696340  +SLS,    PO Box 11023,    Orange, CA 92856-8123
515696348  +SPS,    10401 Deewood Parkway,    Jacksonville, FL 32256-5007
515696354 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,
             50 Barrack Street, 9th Floor,    P0 Box 245,    Trenton, NJ 08646)
515696337   Select Portfolio Servicing,    338 S. Warminster Road,    One Conti Park, Suite 31,
             Hatboro, PA 19040
515696343   Specialized Loan Servicing,    5742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129
515696345  +Specialized Loan Servicing, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
515696346  +Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
515696352  +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
515696350  +State of New Jersey,    Division of Taxation,    50 Barrack Street, P.O. Box 269,
             Trenton, NJ 08646-0269
515696358  +The Bank of New York,    PO Box 6042,    Mount Vernon, NY 10551-6042
515696356  +The Bank of New York,    502 White Clay Center,    Newark, DE 19711-5469
515696357   The Bank of New York,    PO Box 6968,    Newark, DE 19714
515696359  +The Bank of New York Mellon,    Attn: Frank Martone, ESQ,    1455 Broad Street,
             Bloomfield, NJ 07003-3047
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 22:26:36     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 22:26:34     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516000485   EDI: BANKAMER.COM Jul 14 2018 02:18:00     Amalgamated Bank,    c/o Bank of America, N.A.,
             PO Box 31785,    Tampa, FL  33631-3785
515696292  +EDI: BANKAMER.COM Jul 14 2018 02:18:00     BAC Home Loan,    PO Box 650070,
             Dallas, TX 75265-0070
515696294  +EDI: BANKAMER.COM Jul 14 2018 02:18:00     BAC Home Loan Servicing,    PO Box 650070,
             Dallas, TX 75265-0070
515696300  +EDI: BANKAMER.COM Jul 14 2018 02:18:00     Bank of America,    Attn: Recovery Department,
             PO Box 2278,    Norfolk, VA 23501-2278
515696298  +EDI: BANKAMER.COM Jul 14 2018 02:18:00     Bank of America,    PO Box 30770,
             Tampa, FL 33630-3770
515696299   EDI: BANKAMER2.COM Jul 14 2018 02:18:00     Bank of America,    475 Crosspoint Parkway,
             PO Box 9000,    Getzville, NY 14068-9000
515696296   EDI: BANKAMER.COM Jul 14 2018 02:18:00     Bank of America,    PO Box 53132,
             Phoenix, AZ 85072-3132
515696301   EDI: BANKAMER.COM Jul 14 2018 02:18:00     Bank of America,    PO Box 53137,
             Phoenix, AZ 85072-3137
515696306  +EDI: BANKAMER.COM Jul 14 2018 02:18:00     Countrywide Home Loans,    7105 Corporate Drive,
             Plano, TX 75024-4100
515696311  +E-mail/Text: bky@martonelaw.com Jul 13 2018 22:26:16     Frank Martone, ESQ,
             1455 Broad Street,    Bloomfield, NJ 07003-3068
```

```
District/off: 0312-2              User: admin              Page 2 of 3              Date Rcvd: Jul 13, 2018
                                  Form ID: 148             Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515696312         +E-mail/Text: bky@martonelaw.com Jul 13 2018 22:26:16       Frank Martone, ESQ PC,
                   1455 Broad Street,    Bloomfield, NJ 07003-3068
515696322          EDI: IRS.COM Jul 14 2018 02:18:00       IRS,   ACS Support  - Stop 5050,    PO Box 219236,
                   Kansas City, MO 64121
515696349         +E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 22:27:08       SPS,    PO Box 65250,
                   Salt Lake City, UT 84165-0250
515696334         +E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 22:27:08       Select Portfolio Services,
                   PO Box 65450,    Salt Lake City, UT 84165-0450
515696339         +E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 22:27:08
                   Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
516551505          E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 22:27:08
                   The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
515920612         +E-mail/Text: jennifer.chacon@spservicing.com Jul 13 2018 22:27:08
                   The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,
                   3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516876177*       +Amalgamated Bank,   275 Seventh Avenue,   New York, NY 10001-6708,
                  Attn: Loan Servicing, 6th Fl.
515696293*       +BAC Home Loan,   PO Box 650070,   Dallas, TX 75265-0070
515696295*       +BAC Home Loan Servicing Inc.,   PO Box 650070,   Dallas, TX 75265-0070
515696310*       +Crown Bank LLC,   P0 Box 130,   Brick, NJ 08723-0130
515696324*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   IRS,   PO Box 219236,   Kansas City, MO 64121)
515696316*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   Atlanta, GA 39901-0025)
515696320*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   Insolvency Operations,   PO Box 21125,
                   Philadelphia, PA 19114)
515696321*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   Insolvency Operations,   PO Box 21126,
                   Philadelphia, PA 19114)
515696317*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   PO Box 57,   Bensalem, PA 19020)
515696318*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   PO Box 660169,   Dallas, TX 75266)
515696323*       +IRS,   PO Box 804527,   Cincinnati, OH 45280-4527
515696325*        IRS Service Center,   Holtsville, NY 00501-0002
515696319*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
515696315*        Internal Revenue Service,   Special Procedures Function,   PO Box 744,   Springfield, NJ 07081
515696333*        New Jersey Higher Education,   PO Box 528,   Trenton, NJ 08625
515696332*        New Jersey Higher Education,   PO Box 18385,   Newark, NJ 07191-8385
515696351*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                   PO Box 245,   Trenton, NJ 08646-0245)
515696355*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 267,
                   Trenton, NJ 08695)
515696353*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 283,
                   Trenton, NJ 08695)
515696335*       +Select Portfolio Services Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450
515696336*       +Select Portfolio Services LLC,   PO Box 65450,   Salt Lake City, UT 84165-0450
515696344*        Specialized Loan Servicing, LLC,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
515696347*        Specialized Loan Servicing, LLC,   5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
cr               ##+Amalgamated Bank,   c/o Koury Tighe Lapres Bisulca & Sommers,   1423 Tilton Road, Suite 9,
                   Northfield, NJ  08225,   UNITED STATES 08225-1857
515696338        ##+Select Portfolio Servicing,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 0, * 23, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jul 13, 2018
                              Form ID: 148             Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:

```
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of
               the Alternative Loan Trust 2005-62, Mortgage Pa bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
               Under the Pooling and Servicing Agreement Dated Se dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              John M. Sommers    on behalf of Creditor    Amalgamated Bank JMSommers@KTLBSLAW.com,
               ktlbslaw@aol.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
               Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
                                                                                             TOTAL: 9
```