Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15–25736–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francis D Avella
   aka Frank Avella
   4306 Newkirk Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx–xx–7255

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

       Please be advised that on July 13, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 132 – 34
Order Granting Trustee Motion to Dismiss Case, or Direct Employer to Pay Trustee or for Entry of an order for Default Clause for Debtor (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/13/2018. (jf)

       Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 13, 2018
JAN: jf

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-25736-VFP
Francis D Avella                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1           Date Rcvd: Jul 13, 2018
                                 Form ID: orderntc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Francis D Avella,    4306 Newkirk Avenue,    North Bergen, NJ 07047-2710
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
cr             +The Bank of New York Mellon, f/k/a The Bank of New,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                80 Main Street, Suite 460,    West Orange, NJ 07052-5414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          ##+Amalgamated Bank,    c/o Koury Tighe Lapres Bisulca & Sommers,    1423 Tilton Road, Suite 9,
               Northfield, NJ  08225,    UNITED STATES 08225-1857
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
            Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
             as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
             Pass-Through Certificates Series 2005-62 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
            Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
             The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of
             the Alternative Loan Trust 2005-62, Mortgage Pa bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
            Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
             IndyMac INDX Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates, Series 2004-AR10
             Under the Pooling and Servicing Agreement Dated Se dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
            Herbert B. Raymond    on behalf of Debtor Francis D Avella bankruptcy123@comcast.net,
             jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
             mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
            John M. Sommers    on behalf of Creditor    Amalgamated Bank JMSommers@KTLBSLAW.com,
             ktlbslaw@aol.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
            Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York,
             as trustee, on behalf of the holders of the Alternative Loan Trust 2005-62, Mortgage
             Pass-Through Certificates Series 2005-62 sobrien@flwlaw.com
                                                                          TOTAL: 9